# UNITED STATES DISTRICT COURT
## for the
### Central District of California

United States of America
v.
Pernell Robinson

Date of Previous Judgment: October 19, 2006
(Use Date of Last Amended Judgment if Applicable)

Case No: CR 06-00529 SJO
USM No: 43681-112
Hayne Yoon, DFPD
Defendant's Attorney

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  125  months **is reduced to**  103 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 110 to 137 months | Amended Guideline Range: | 92 to 115 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  10/19/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 9, 2008

_____
Judge's signature

Effective Date: April 9, 2008
(if different from order date)

Judge S. James Otero
Printed name and title